UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIMOTHY D. PATE** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER:  22-5139** |
| **WADE MOODY AND SHIRLEY A. MOODY** | **SECTION:  "H" (1)** |

<u>ORDER</u>

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that plaintiff Timothy D. Pate's Complaint is DISMISSED for lack of subject-matter jurisdiction under 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 16th day of March, 2023.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE